FILED

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

2012 JUN 13 PM 1: 14

CLERK, US DISTRICT COURT
MIDDLE DISTRICT OF FL
JACKSONVILLE FLORIDA

UNITED STATES OF AMERICA,

v.  CASE NO. 3:05-cr-276-J-20HTS

KILALBLO WILSON
_____/

## ORDER

Before the Court is Defendant, Kilalblo Wilson's, Motion for Exoneration of Bond (Doc. No. 170) filed June 7, 2012. The government does not oppose the motion. The Court has confirmed with the Bureau of Prisons and US Marshal Service that the defendant has completed his prison sentence and the government never moved to have the bond forfeited. Accordingly, it is now

**ORDERED:**

The Defendant's Motion (Doc. No. 170) is **GRANTED**. The Clerk of Court is directed to disburse the bond proceeds to Kendra and Anthony Washington, 100 Mosely Ave., #312 (Budget Inn), Palatka, FL 32177.

**DONE AND ORDERED** at Jacksonville, Florida, this /3/ day of June, 2012.

HARVEY E. SCHLESINGER
United States District Judge

Copies to:
James H. Burke, Jr., Esq.
Kathleen O'Malley, Esq.
Finance Division